AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>EVAN STRAUSS<br>a/k/a "Reaper," "Kobe Deonsons"<br><br>*Defendant(s)* | Case No.<br>7:24-MJ- 46 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2, 2024 and January 24, 2024__ in the county of __Bedford__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | Production of child pornography |
| 18 U.S.C. 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

See Attached

☑ Continued on the attached sheet.

_[redacted]_
Printed name and title

Received by reliable electronic means and sworn to by telephone

Date: 04/04/2024

*Judge's signature*

City and state: Roanoke, VA

C. Kailani Memmer, U.S. Magistrate Judge
*Printed name and title*

Print  Save As...  Attach  Reset