✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

USA
V
Evan Strauss

**EXHIBIT AND WITNESS LIST**

Case Number: 7:24mj46

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Memmer | Jason Scheff | Beatrice Diehl |
| TRIAL DATES | COURT REPORTER | COURTROOM DEPUTY |
| 4/10/2024 | FTR- K.Saville | K. Saville |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION AND EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 1 | | 04/10/2024 | x | x | Govt sealed exhibit 1 | Special Agent Miller |
| 2 | | 04/10/2024 | x | x | Govt sealed exhibit 2 | Special Agent Miller |
| 3 | | 04/10/2024 | x | x | Govt sealed exhibit 3 | Special Agent Miller |
| 4 | | 04/10/2024 | x | x | Govt sealed exhibit 4 | Special Agent Miller |
| 5 | | 04/10/2024 | x | x | Govt sealed exhibit 5 | Special Agent Miller |
| 6 | | 04/10/2024 | x | x | Govt sealed exhibit 6 | Special Agent Miller |
| 7 | | 04/10/2024 | x | x | Govt sealed exhibit 7 | Special Agent Miller |
| 8 | | 04/10/2024 | x | x | Govt sealed exhibit 8 | Special Agent Miller |
| 9 | | 04/10/2024 | x | x | Govt sealed exhibit 9 | Special Agent Miller |
| | 1 | 04/10/2024 | x | x | Def sealed exhibit 1 | Jeremy Strauss |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.